United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 13, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-51625
Conference Calendar

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

NORRIS DARROD KAVANAUGH,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:05-CR-141-ALL
--------------------

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Appealing the Judgment in a Criminal Case, Norris Darrod Kavanaugh raises arguments that are foreclosed by <u>United States v. Slaughter</u>, 238 F.3d 580, 582-84 (5th Cir. 2000), which held that <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), did not render 21 U.S.C. § 841 unconstitutional on its face.  The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.